IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YOUNG YIL JO,

       Plaintiff,

v.                                                                No. CIV 10-0217 JB/WDS

SIX UNKNOWN NAMES AGENTS and
BARACK HUSSEIN OBAMA,

       Defendants.

## ORDER OF INJUNCTION AND IMPOSING FILING RESTRICTIONS

**THIS MATTER** comes before the Court *sua sponte*. On August 23, 2010, the Court entered an order notifying Plaintiff Young Yil Jo of a proposed injunction and filing restrictions against him. The order allowed Jo ten days to file written objections to the proposed filing restrictions. Jo has filed no objections. The Court now enters the restrictions, restated below, as the order of the Court.

**IT IS ORDERED** as follows:

Plaintiff Young Yil Jo's post-judgment Complaint (Doc. 20), construed herein as a motion to reopen this proceeding, is denied.

Jo is hereby enjoined from making further filings in this case, except a notice of appeal, and the Clerk of the Court is directed to return without filing any additional submissions by Jo in this case other than a notice of appeal, unless:

    1. A licensed attorney who is admitted to practice before the Court enters an appearance in this action and signs the proposed filing; or

    2. Jo has obtained permission to proceed *pro se* in this action in accordance with the

procedures for new pleadings set forth below.

Jo also is enjoined from initiating further litigation in this Court, and the Clerk of the Court is directed to return without filing any pleadings that he submits, unless either a licensed attorney who is admitted to practice before this Court signs the pleading or Jo first obtains permission to proceed *pro se*. *See DePineda v. Hemphill*, 34 F.3d 946, 948-49 (10th Cir. 1994).

To obtain permission to proceed *pro se* in this Court, Jo must take the following steps:

1. File a petition with the Clerk of Court requesting leave to file a *pro se* original proceeding;

2. File with the petition a notarized affidavit, in proper legal form, which recites the claims that Jo seeks to present, including a short discussion of the legal right asserted, and the basis of the Court's jurisdiction of the subject matter and of the parties. The affidavit must certify that, to the best of Jo's knowledge, his legal arguments are not frivolous or made in bad faith; they are warranted by existing law or a good-faith argument for the extension, modification, or reversal of existing law; and the new suit is not interposed for any improper purpose such as delay or needless increase in the cost of litigation. If Jo has previously raised the claim or previously sued the defendants, the affidavit must certify that the proposed new suit does not present the same claims that this Court or another court has decided, and explain why the new suit would not be an abuse of the system;

3. Submit his petition and affidavit, with a copy of these filing restrictions, to the Clerk of the Court, who will be directed to forward them to the Chief Magistrate Judge for determination whether to permit the filing of a *pro se* original proceeding.

Without the Chief Magistrate Judge's approval and the concurrence of a District Judge, the Clerk will be directed to return a petition or complaint without filing. If the Chief Magistrate Judge

and a District Judge approve the filing, the Court will enter an order directing that the petition or complaint be filed as of the date the Clerk received it.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Young Yil Jo
Airpark Unit Correctional Center
Big Spring, Texas

    *Plaintiff pro se*